IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FANNORA GARDNER                                                    PLAINTIFF

v.                                No. 3:16-cv-82-DPM

PROASSURANCE INDEMNITY COMPANY, INC.           DEFENDANT

ORDER

I disqualify myself. Paul Waddell is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 April 2016